**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

     Respondent

      v.

SETH MULL,

     Petitioner

:   No. 351 MAL 2021
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

     Respondent

      v.

SETH MULL,

     Petitioner

:   No. 352 MAL 2021
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

     Respondent

      v.

SETH MULL,

     Petitioner

:   No. 353 MAL 2021
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

     Respondent

      v.

:   No. 354 MAL 2021
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:

SETH MULL,                                          :
                                                    :
          Petitioner                                :

## **ORDER**


**PER CURIAM**

      **AND NOW**, this 2nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.